No. ——. SUÁREZ *v.* BAUTISTA.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided June 24, 1912. Motion overruled for failure to show whether a statement of the case was presented, which is required in order that it may be ascertained whether or not the period allowed by law for the filing of the record had expired. *Mr. Francisco Socorro* for the moving party. *Mr. Ramón Falcón* for the adverse party.

No. 306. EX PARTE MEDINA.—Petition of the National Surety Company for the cancellation of the notarial bond. Decided June 25, 1912. Notarial bond executed by the National Surety Company June 20, 1911, terminated but declared to be good and valid for three years after its termination. The National Surety Company appeared *per se.*

No. 326. EX PARTE BENÍTEZ.—Petition for approval of notarial bond. Decided June 26, 1912. Notarial bond executed by the National Surety Company June 11, 1912, approved. Petitioner appeared *per se.*

No. 15. THE PEOPLE *v.* BARQUET ET AL.—Proceedings seeking the approval by this court of statement of the case. Decided July 19, 1912. Proceedings dismissed. *Mr. Felipe Casalduc* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

No. 43. EX PARTE GRACIA.—Application for a writ of *habeas corpus* presented to Mr. Justice Aldrey. Decided July 26, 1912. Application not considered for noncompliance with paragraph 3 of section 470 of the Code of Criminal Procedure. *Mr. Fulgencio Piñeiro* for petitioner. *Mr. Charles E. Foote, fiscal,* for The People.